UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WINSTON KINGSTON,

                          Plaintiff,

                                                                                             No. 9:12-CV-227

    -v-

VIDAR QUDSI, Dr., Altona Correctional Facility;
and BRIAN FISCHER, Commissioner, DOCCS,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

WINSTON KINGSTON
Plaintiff pro se
107-12 172 Street
Jamaica
Queens, NY 11433

HON. ERIC T. SCHNEIDERMAN          C. HARRIS DAGUE, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On September 10, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 37 be granted. Plaintiff did not oppose the motion. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 37 is GRANTED;

2. Plaintiff's complaint is DISMISSED in its entirety;

3. The Clerk is directed to file a judgment accordingly; and

4. The Clerk is directed to serve a copy of this Decision and Order upon the parties in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 17, 2013
      Utica, New York.